```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NATHALIE REYES,

        Plaintiff,

   - against -

CALERES, INC.,

        Defendant.

25-cv-1531 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **May 26, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:   New York, New York
        February 26, 2025

                                            John G. Koeltl
                                   United States District Judge